IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CANDICE STARUH<br><br>Petitioner,<br><br>v.<br><br>RHODA WINSTEAD,<br><br>Respondents. | Civil Action No. 3:11-cv-1604<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE SMYSER) |

## ORDER

**NOW** this 5th day of April, 2012, upon review of the Report and Recommendation of Magistrate Judge J. Andrew Smyser (Doc. 11) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 11) is **ADOPTED.**

(2) The petition for a writ of habeas corpus (Doc. 1) is **DENIED.**

(3) A Certificate of Appealability **SHALL NOT ISSUE**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge